**NOTICE:** The attorneys on the attached list have the opportunity to comply with outstanding requirements prior to the effective date of the Supreme Court Order and <u>not</u> be administratively suspended.

DATE: 11/14/2023          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 1
TIME: 14:42:19                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr

                                      ACTIVE

                                                                           REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

Philadelphia

| | |
|---|---|
| 205946 | Apostol, Mason Nicholas |
| 02621 | Astor, Paul C. |
| 45107 | Baio, Madeline Sophia |
| 32728 | Barnes, Shirley L. |
| 51025 | Bellew, Joseph James |
| 314396 | Berman, Samantha Kaskey |
| 41547 | Boles, Gregory |
| 309890 | Bongiovanni, Lucille Ann |
| 329481 | Bryman, Abigail Rebecca |
| 323989 | Bull, Andrew Thomas |
| 28454 | Busby, Leonard A. |
| 79416 | Bush, Dov |
| 319886 | Carson, Seth Daniel |
| 78886 | Carter, Sean Patrick |
| 91846 | Caswell, Cory Ann |
| 324402 | Catalano-Leckerman, Ashley Noelle |
| 40222 | Cavalieri, Cristina |
| 306417 | Chacker, Maureen Anachovich |
| 65194 | Ciccotta, Reno J. |
| 71260 | Clark, Cynthia A. |
| 51567 | Colton, Jerrold Douglas |
| 18590 | Corbman, Stephen Allen |
| 90246 | Curry, Jeffrey P. |
| 320252 | Danta, Victoria Regina |
| 17729 | Davidoff, Merrill G. |
| 328482 | Deblase, Joseph Anthony |
| 75319 | Demkovitz, Peter H. M. |
| 326253 | Domineske, Catherine |
| 80816 | Dwyer, Daniel P. |
| 93777 | Ellis, Glenn Andrew |
| 40705 | Elmore, Danny |
| 315283 | Feldman, Alex Jared |
| 200830 | Ficaro, Eileen Monaghan |
| 310610 | Flores, Chad Anthony |
| 204303 | Foley, Catherine Anne |
| 45446 | Forman, Alan Steven |
| 78028 | Freiwald, Aaron Jason |
| 327912 | Gaertner, William Brennan |
| 319590 | Giardina, Thomas John |
| 312980 | Gower, Ryan Allan |
| 73835 | Haase, David Strickler |
| 320172 | Harrington, Laurence Alexander |
| 325787 | Hill Jr., Spencer Andrew |
| 327871 | Hodges, Edwin Taylor |
| 53686 | Hofferman, Jeffrey D. |
| 92775 | Hogan, Brian T. |
| 56743 | Horneff, Elizabeth Anne |
| 208209 | Hsue Jr., Eugene David |
| 93214 | Hughes, Evan T. L. |
| 316654 | Jakob, Jeffrey Erik |
| 83685 | Jalon, Andres |
| 58119 | Jenkins, Douglas Keils |
| 210082 | Johnson, Shaka Mzee |

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

Philadelphia( Continued )

| | |
|---|---|
| 316629 | Kalman, Yael Ilana Richardson |
| 40672 | Kaskey, John Evan |
| 35468 | Kattner, Conrad O. |
| 76119 | Katz, Michael Scott |
| 78583 | Kelley III, Joseph Thomas |
| 318691 | Kovach, Alyssa Winn |
| 326534 | Kovnot, Jordan Michael |
| 209614 | Lapp, David Bradford |
| 204578 | Lee, Sonia |
| 77833 | Lisiewski, Jacqueline K. |
| 327930 | Lombardo, Christine Marie |
| 312867 | Lyons, Samantha Rachel |
| 77291 | Malone, Thomas Brian |
| 77811 | Maser, David Michael |
| 83459 | Matanovic, Stephan |
| 84652 | McGinley, Michael D. |
| 203733 | McMichael, Wesley Tyler |
| 206040 | Metroka, Daniel Stefan |
| 03607 | Montague Jr., H. Laddie |
| 24424 | Nast, Dianne Martha |
| 89774 | Newman Jr., James L. |
| 37735 | O'Brien II, William J. |
| 308233 | O'Rourke, Thomas Michael |
| 323404 | Oakley, Ian |
| 318037 | Oeltjen, Katherine Charbonnier |
| 71730 | Pagano, Gregory Joseph |
| 88196 | Patterson, Danyl Suzann |
| 308213 | Payne, Michelle S. |
| 57514 | Peterson, Jennifer K. |
| 85171 | Phan, DanThu |
| 328109 | Pierson, Shauna Joelle |
| 62610 | Pitt, Terence M. |
| 307504 | Prince, Joshua Slade |
| 200943 | Pustizzi, Jeffrey J |
| 327997 | Regalbuto, Nikolas Damon |
| 204364 | Robinson, Brian Michael |
| 66895 | Rosenbaum, David |
| 30584 | Ruane, Kevin J. |
| 35271 | Rubenstein, Martin Glenn |
| 58096 | Samms, Gary M. |
| 56940 | Santos, Anita |
| 326449 | Sharp, Tamara |
| 81218 | Short, Brian David |
| 63122 | Silver, Gary Scott |
| 86398 | Simon, Amanda Rae |
| 200844 | Smith, Amy Gerry |
| 320186 | Sokolov, Oleg |
| 85569 | Tingle, Henry E. |
| 205448 | Van Scoy, Kathryn Ellen |
| 325262 | Wallace III, Michael Thomas |
| 46743 | Watson, Kevin Bromley |
| 210171 | Weiner, Matteo Samuel |
| 40980 | Zeris, Demetrios N. |

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

Lancaster                              54853   Cheerath, Ram Mohan
                                       53913   Karamanos, Nicholas C.
                                      323876   Kenneff, John W.
                                       79135   Lehman, Nicole Monique
                                       82249   Mejia, Jennifer Lynn
                                      325630   Schultz, Maximillian Alexander
                                      205195   Wachinski, Nicholas John

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

---

Northampton                    07991   Salazar, Salvador J.
                              321309   Tsirigotis, Anthony

DATE: 11/14/2023          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 5
TIME: 14:42:19                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                        ACTIVE
                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

Allegheny

| | | |
|---|---|---|
| 19654 | Aderson, Sanford M. |
| 322123 | Batterton, Jennifer |
| 10911 | Beachler III, Edwin H. |
| 20133 | Bills Jr., George W. |
| 316825 | Bolea, Robin A. |
| 60650 | Caine, Laura Lee |
| 320279 | Casale, David Alan |
| 73460 | Del Sole, Stephen John |
| 37117 | Dermody, Francis J. |
| 322120 | Disney, Robert Shaffer |
| 323857 | Eberle, Brandon Michael |
| 67619 | Foster III, John K. |
| 66033 | Frankovic, Charles Anthony |
| 70593 | Freedlander, Mark Elliott |
| 27672 | Frick, Sally A. |
| 71898 | Gallagher, Joyce Ann |
| 47756 | Geever, Mary B. |
| 70417 | Hall, Thomas D. |
| 311134 | Howley, Brian Hughes |
| 315409 | Johnson, Jessica Lynn |
| 200101 | Johnson, Lisa Ann |
| 62415 | Johnson, Timothy Scott |
| 19792 | Johnston, J. Lawson |
| 58782 | Karsh, Ralph David |
| 34262 | Keyser, Martin Alan |
| 205607 | Kish, Christian Miles |
| 59307 | Klaber, Andrew B. |
| 63205 | Kranich, Jay Brett |
| 54782 | Leonard, Roy Edmund |
| 40996 | Lomupo, Kevin Raymond |
| 202138 | Longstreth, Nathan Edison |
| 320895 | Martino, Emily Katherine |
| 315244 | Mason, Casey |
| 309385 | Matta, Bradley A |
| 89489 | McEnteer, Patricia Eileen |
| 77025 | McShea, Brian Martin |
| 315545 | Mistick, Kelly |
| 318031 | Morrow, Halstead |
| 60006 | Nagel, Joel Matthew |
| 89942 | Palmer, Meghan Lee |
| 93393 | Powell, Brittany Erin |
| 47819 | Rodes, David Bennet |
| 87647 | Roeschenthaler, Michael Jay |
| 323253 | Rojas, Jorge Miguel |
| 86049 | Saksen, Alexander Wilson P. |
| 81200 | Scozio, John D. |
| 323260 | Scully, Ryan Frederick |
| 56842 | Stewart II, George L. |
| 312943 | Szabo, Elizabeth Regina |
| 79613 | Thompson, Daniel James |
| 33350 | Vergotz, James S. |
| 79327 | Wells, Kristin I. |
| 319059 | Yanchik III, David M. |

DATE: 11/14/2023          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 6
TIME: 14:42:19                    NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr

                                      ACTIVE

                                                                         REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

Allegheny( Continued )              56875   Zinski, Kevin R.

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

---

Erie

209239  Romero, Melissa M

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

Bucks

| | |
|---|---|
| 69033 | Ackerman, Adam Trevor |
| 65516 | Bennethum, David John |
| 205491 | Bria, Jennifer A. |
| 02439 | Brownstein, Paul |
| 325553 | Duval, Jacqueline |
| 322704 | Ehresman, Alexxys Lee |
| 202867 | Gogna, Anubhav |
| 325965 | Gryscavage III, Vincent Mark |
| 311628 | Hoffman, Benjamin Charles |
| 86566 | Kranz, Carolynn S. |
| 325585 | Lal, Praveen |
| 321748 | Nayeem, Sarah Rahmat |
| 322010 | Neville, Andrew |
| 322030 | Nipper, Edythe Katz |
| 86013 | Sailer, Todd Martin |
| 312609 | Shnayder, Alex |
| 310236 | Tingley, Lawrence Chandler |

DATE: 11/14/2023               PENNSYLVANIA CONTINUING LEGAL EDUCATION                    PAGE: 9
TIME: 14:42:19                     NON-COMPLIANT LAWYERS                          USER ID:
jilgenfr

                                          ACTIVE

                                                                                 REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

Cumberland                      65293   Braught, William Grant
                               201923   Killion, Michael Thomas
                                90048   Thomas, David M.
                                34962   Welch Jr., Allen C.

DATE: 11/14/2023                PENNSYLVANIA CONTINUING LEGAL EDUCATION            PAGE: 10
TIME: 14:42:19                          NON-COMPLIANT LAWYERS                      USER ID:
jilgenfr

                                              ACTIVE

                                                                                  REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

---

Westmoreland                    328437   Gess, Nathan Lloyd
                                313015   Lazzaro, Michael Dante
                                 76493   Meade, James A.
                                 28940   Peduzzi Jr., Edward F.
                                306382   Price, Jennifer ONeal

DATE: 11/14/2023          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 11
TIME: 14:42:19                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr

                                      ACTIVE

                                                                           REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

_____

Luzerne                          89346  Breslin, Adrienne Jane
                                 82555  Urbanski, William C.

DATE: 11/14/2023          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 12
TIME: 14:42:19                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr

                                      ACTIVE

                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

_____

Dauphin                          205902   Carter, Nena Michelle
                                 310978   Johnson, Keita Kalonji
                                 314825   Ordonez, Michael Shane
                                 315634   Richardson, Courtney Nicole
                                  07258   Swartz, Lee C.
                                  63777   Taneff, Paul

DATE: 11/14/2023          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 13
TIME: 14:42:19                      NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr

                                        ACTIVE

                                                                           REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

---

Chester

| | | |
|---|---|---|
| | 306502 | Alcidonis, Rodelyn |
| | 57914 | Aston, Marcia Yvonne Allen |
| | 202504 | Boer, Seth Nathan |
| | 42647 | Chiumento, Gary Carl |
| | 209426 | Dyal, Gary Eugene |
| | 81441 | Goeke, Crystal Bardis |
| | 326249 | Herman, Christopher Alan |
| | 201528 | Hinderliter, Christopher David |
| | 313142 | Hoskins III, Cecil Roy |
| | 85749 | Jones, Scott Robert |
| | 58923 | Joyce, James P. |
| | 202534 | Kennedy, K. Scott |
| | 74375 | Levin, Randi Beth |
| | 82885 | Lock, John Paul |
| | 61957 | Mashura, Steven C. |
| | 71098 | Mikulski II, Michael Stephen |
| | 49337 | O'Brien II, John Sebastian |
| | 94568 | Paddick, Ryan Michael |
| | 45189 | Posillico, Joseph F. |
| | 61562 | Rassman, Mark David |
| | 51600 | Reno, David S. |
| | 204258 | Ricci, Justin Keith |
| | 41806 | Scott, Ellen Kittredge |
| | 23884 | Seder, Jeffrey A. |
| | 82409 | Taylor, Michael Thomas |
| | 62773 | Urgo, Steven D. |
| | 77845 | Wall, Richard Joseph |
| | 321580 | Willis, Vincent Nicholas |

DATE: 11/14/2023          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 14
TIME: 14:42:19                      NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr

                                      ACTIVE

                                                                           REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

---

Clarion                       328476  Stonecypher, Aaron

DATE: 11/14/2023          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 15
TIME: 14:42:19                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr

                                      ACTIVE

                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

York

| | |
|---|---|
| 70262 | Giambalvo, John W. |
| 43663 | Graff Jr., William Hugh |
| 59920 | Holt, Farley G. |
| 82966 | McCabe, Scott Alan |
| 200094 | Myers, Douglas Edward |
| 93960 | Ruth, Jennifer Lynn |
| 44124 | Sangiamo, Tony Santo |
| 318105 | Sherbine, Brian Michael |

DATE: 11/14/2023          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 16
TIME: 14:42:19                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr

                                      ACTIVE

                                                                          REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

---

Schuylkill                    329563  Myers, Mitchell

DATE: 11/14/2023                 PENNSYLVANIA CONTINUING LEGAL EDUCATION                PAGE: 17
TIME: 14:42:19                         NON-COMPLIANT LAWYERS                            USER ID:
jilgenfr

                                             ACTIVE

                                                                                       REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

Berks

| | 50476 | Franklin, Debra R. |
| | 324063 | Leiendecker, Zanna Re |
| | 309503 | Post, Maryanne Frances |

DATE: 11/14/2023                PENNSYLVANIA CONTINUING LEGAL EDUCATION                PAGE: 18
TIME: 14:42:19                          NON-COMPLIANT LAWYERS                         USER ID:
jilgenfr

                                              ACTIVE

                                                                                     REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

---

Blair
                              210202   Anastasi, Kristen Leigh
                              316760   DelGrosso, Anthony Joseph
                              208624   Gieg, Matthew Paul
                              326028   Mull, Mairi

DATE: 11/14/2023          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 19
TIME: 14:42:19                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr

                                        ACTIVE

                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

---

Lycoming                              313134   Lynch III, Gerald Edward
                                       75913   Oden, Layne R.

DATE: 11/14/2023
TIME: 14:42:19
jilgenfr

PENNSYLVANIA CONTINUING LEGAL EDUCATION
NON-COMPLIANT LAWYERS

ACTIVE

PAGE: 20
USER ID:

REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

---

Crawford                        308245  Bliley, Teresa Gayle
                                210310  Radock, Nicholas Weidow

PENNSYLVANIA CONTINUING LEGAL EDUCATION
NON-COMPLIANT LAWYERS

ACTIVE

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

Lehigh

| | |
|---|---|
| 10284 | Dunn, David F. |
| 24944 | Katz Jr., James A. |
| 74378 | Perrucci, Christine Hurst |

DATE: 11/14/2023          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 22
TIME: 14:42:19                      NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr

                                         ACTIVE

                                                                          REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

_____

Delaware                    93870   Aiken, Daniel H
                            51970   Allie, James Michael
                            80741   Antczak, Rebecca Rimmer
                            65450   Armenti, Maria Elizabeth
                           325481   Bronson, Jayme Christopher
                           322640   Cappelli, Amy Danielle
                            89567   Chong, Han Chi Bonnie
                            94661   Dugan, Michael Scholey
                           201765   Etherington, Katherine Aidan
                            52333   Fink, Teresa
                           306821   Frank, Daniel Morton
                            81140   Frigo, Anthony A.
                           311601   Gold, Jeffrey Scott
                            83095   Gorbey, Gina
                            63133   Harrison, Daniel Robert
                           201681   Jayne, Kevin Lee
                            79754   Karakelian, Megen
                            77836   Katz, Rochelle Susan
                            75943   Maddaloni, Jennifer Holsten
                            82759   Mulroney, Moira Byrne
                            37469   Nagle, George F.
                           200954   Orloff, Nicholas Michael
                            77022   Ring, Eric Louis
                            87104   Sankaranarayanan, Priya
                            83832   Santee, David S.
                            81894   Schofield Jr., Paul M.
                            38774   Vladimer, Randi J.
                           204345   Waligunda, Catherine Ann

DATE: 11/14/2023
TIME: 14:42:19
jilgenfr

PENNSYLVANIA CONTINUING LEGAL EDUCATION
NON-COMPLIANT LAWYERS

PAGE: 23
USER ID:

ACTIVE

Mercer

66964   Ristvey, David A.
49729   Stankovich, David Paul

DATE: 11/14/2023
TIME: 14:42:19
jilgenfr

PENNSYLVANIA CONTINUING LEGAL EDUCATION
NON-COMPLIANT LAWYERS

PAGE: 24
USER ID:

ACTIVE

REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

Beaver                                  323497   Wachtel, Jarod Mitchell

DATE: 11/14/2023               PENNSYLVANIA CONTINUING LEGAL EDUCATION                    PAGE: 25
TIME: 14:42:19                          NON-COMPLIANT LAWYERS                          USER ID:
jilgenfr

                                              ACTIVE

                                                                                       REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

Warren                              06465   Hessley, Bernard J.

DATE: 11/14/2023          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 26
TIME: 14:42:19                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr

                                      ACTIVE

                                                                        REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

Montgomery

| | |
|---|---|
| 59644 | Antoine, Ami Yvette |
| 328199 | Berkowitz, Adam Lee |
| 86236 | Clarke, Gerald R. |
| 77799 | Cohen, Holly B. |
| 89280 | Crumley, Scott Douglas |
| 36941 | Desiderio, David Ernest |
| 52530 | Egan III, Thomas C. |
| 83288 | Falin, Robert Martin |
| 307902 | Feden, Nicholas D. |
| 02809 | Fenerty, John F. X. |
| 323661 | Gold, Irene S. |
| 80630 | Gordon, Jason Brian |
| 91595 | Graham Jr., John Joseph |
| 41334 | Greenberg, Andrew Edson |
| 78868 | Groen, Marlon R. |
| 37367 | Haas, Mark Alan |
| 76194 | Hanson, Howard Bruce |
| 86602 | Hirsch, Lauren Tracy |
| 329700 | Kane, Daniel Benjamin |
| 59713 | Kessler, Andrew D. |
| 206105 | Kinchloe, Alycia Angel |
| 12884 | Landau, Elias B. |
| 90636 | Lifsted, Brian Joseph |
| 48813 | Lynch, Brian J. |
| 52915 | Lyons, James Patrick |
| 59288 | Marshall, William Paul |
| 90690 | May, Mary K. McGrath |
| 17703 | McGill, Joseph John |
| 201187 | McLaughlin 2nd, James Peter |
| 84898 | McNelly, Robert J. |
| 90849 | Moretsky, Alexander |
| 82312 | Morrissey, Caren Elane |
| 201900 | Myers, Anne Robbins |
| 209483 | Nunziante, Carla Ida |
| 56174 | Opalka, Robert John |
| 87765 | Padova, Jennifer Ann |
| 48383 | Price, Robert W. |
| 89630 | Reynolds, Jennifer L. |
| 89492 | Richman, Gregg M. |
| 202092 | Rosenbloom, Andrew Seth |
| 63154 | Schaffer, Jacqueline Ross |
| 70015 | Seigle, Meredith Leslie |
| 203803 | Serianni, Nicola Frances |
| 81432 | Snyder, Marc Howard |
| 209331 | Spence, Mary Margaret |
| 44657 | Spitko, David Michael |
| 41628 | Steckerl, Eric S. |
| 208226 | Trujillo, Lorena Leal |
| 204994 | Vashierrez, Brent Nicholas |
| 208444 | Volk, David Gregory |
| 201064 | Walters, Stephanie Teaford |
| 72942 | Welsh, Joseph P. |
| 82138 | Wise, Coren Jay |

DATE: 11/14/2023          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 27
TIME: 14:42:19                      NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr

                                        ACTIVE
                                                                           REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

---

Montgomery( Continued )          322546   Wolfson, Alexandra
                                  43811   Woodside, J. Stephen
                                 312484   Yocum, Charles Franklin
                                  88926   Zografakis, Panagiotis P.

DATE: 11/14/2023          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 28
TIME: 14:42:19                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr

                                      ACTIVE

                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

Lackawanna

| | |
|---|---|
| 321136 | Aronhalt, Casey J. |
| 205494 | Boyd, Ellen Jordan |
| 51557 | Comerford, Thomas Patrick |
| 92519 | O'Malley, Jason M |
| 319072 | Perry, Alexandra M |
| 311885 | Swartz, Michael Francis |
| 36896 | Walker, Paul Joseph |

DATE: 11/14/2023          PENNSYLVANIA CONTINUING LEGAL EDUCATION                PAGE: 29
TIME: 14:42:19                     NON-COMPLIANT LAWYERS                       USER ID:
jilgenfr

                                         ACTIVE

                                                                              REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

Clearfield                          201104   Fees, Tami Lea

DATE: 11/14/2023          PENNSYLVANIA CONTINUING LEGAL EDUCATION              PAGE: 30
TIME: 14:42:19                    NON-COMPLIANT LAWYERS                      USER ID:
jilgenfr

                                        ACTIVE

                                                                            REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

Cambria                          325183   Smith, Jessica Louise

DATE: 11/14/2023          PENNSYLVANIA CONTINUING LEGAL EDUCATION              PAGE: 31
TIME: 14:42:19                    NON-COMPLIANT LAWYERS                      USER ID:
jilgenfr

                                      ACTIVE

                                                                            REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

---

Centre                              86323   Lucchesi, Faith Marie
                                   314516   Stefan, Michael Dean

DATE: 11/14/2023                PENNSYLVANIA CONTINUING LEGAL EDUCATION                    PAGE: 32
TIME: 14:42:19                          NON-COMPLIANT LAWYERS                              USER ID:
jilgenfr

                                              ACTIVE

                                                                                          REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

Butler                                   62637    Beacom, Stephen Mark
                                        323372    Smith, Samantha Ann

DATE: 11/14/2023          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 33
TIME: 14:42:19                     NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr

                                        ACTIVE

                                                                           REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

Lawrence                               81946  Berezniak, Philip William
                                       87481  Bovalino, Jeffery A.
                                       90865  Frisk III, Nicholas Anthony

DATE: 11/14/2023    PENNSYLVANIA CONTINUING LEGAL EDUCATION    PAGE: 34
TIME: 14:42:19           NON-COMPLIANT LAWYERS         USER ID:
jilgenfr

ACTIVE

REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

Out Of State

| | |
|---|---|
| 320303 | Alderson, Paige Jessica |
| 310171 | Anderson, Charles Lewis |
| 86623 | Angelich, George P. |
| 310088 | Arnold, Jason Todd |
| 323322 | Aronow, Darren A. |
| 81450 | Avedissian, David A. |
| 326915 | Balsamico, Katelynn R. |
| 86176 | Bamford, Sean Patrick |
| 209868 | Barriere, James Joseph |
| 323554 | Bennet, Steven Lawrence |
| 81125 | Betters, Nicole Rae |
| 313179 | Biggs, Brian Andrew |
| 56284 | Borowsky Jr., Francis E. |
| 325670 | Boyles, Taylor Paige |
| 318933 | Bradley, Emma Kristine |
| 65633 | Brinkerhoff, George Robert |
| 59854 | Bryant, Gregory T. |
| 54123 | Campbell, Kelly Lynn |
| 46560 | Carlin, Brian Joseph |
| 314180 | Chiaramonte, Anthony Steven |
| 317439 | Chidester, Robert |
| 310407 | Christoph, Melissa Lianne |
| 44035 | Cohn, Richard Brait |
| 316824 | Cole, Michael Walter |
| 40886 | Colicchio, Philip Michael |
| 325497 | Conti, David Anthony |
| 35726 | Coogler, Gilbert Morris |
| 207969 | Cook, Nathan Jerome |
| 89168 | Cruse, Michael Chad |
| 315608 | Cummings-Lewis, Louise Ellen |
| 67123 | Curry, Julianne Marie |
| 60726 | DaSilva, Rosemarie |
| 319588 | Davis, Alexandra Cree |
| 210286 | Dawkins, Fateen Anthony |
| 76043 | Day, Nicholas |
| 70908 | DiMaria, Carmen Joseph |
| 68106 | Dichoso, Allison Umali |
| 88983 | Doganiero III, Antonio F. |
| 204182 | Donahue, Megan Jean |
| 47358 | Dorey, David Anthony |
| 322077 | Doshi, Kanchi Kacharia |
| 307400 | Doskey, Elspeth Louise |
| 323897 | Dotts, Stephen William |
| 93957 | Downes, Deidre Aisha |
| 67389 | Duffy, Phillip James |
| 61328 | Duru, John C. Dike |
| 88749 | Essad, Scott Carson |
| 321146 | Evangelista, Joseph Francis |
| 310835 | Evans, Deborah Ahern |
| 84535 | Evans, Paul C. |
| 43101 | Eyer, Paul Kenneth |
| 317312 | Eyet, Matthew Travis |
| 82126 | Foerstner, Georgia S. |

DATE: 11/14/2023          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 35
TIME: 14:42:19                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr

                                      ACTIVE

                                                                           REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

---

Out Of State( Continued )

| | |
|---|---|
| 31933 | Forsyth III, Andrew W. |
| 42007 | Friedman, Brent Anthony |
| 79667 | Friedrichs, Karl F. |
| 86392 | Garrity, Colleen Anne |
| 320414 | Gates, Paula |
| 90085 | Geiger, Valerie |
| 327093 | Gershowitz, Danielle |
| 53736 | Giansante, Louis |
| 70619 | Glaser, Tamara Lynn |
| 306775 | Goncher, Brett Lowell |
| 34376 | Gosse, Thomas J. |
| 89525 | Grigos, Hercules William |
| 95069 | Guerin, Amy Regina |
| 312498 | Guinan, Jacqueline Castaneda |
| 209432 | Gush, Douglas James |
| 202567 | Haber, Richard Peter |
| 88495 | Hall, Stephen Edmund |
| 205218 | Halper, Brooke Bella |
| 79363 | Hankinson, Michael Griffin |
| 324966 | Harraka Jr., Joseph George |
| 312479 | Hashemi, Taranae June |
| 201555 | Hayes, Joseph Michael |
| 327173 | Herne, Joshua Lewis |
| 205068 | Holmes, Susannah Tilghman |
| 313008 | Irace, Bernadette |
| 26153 | Jackson, Darryl W. |
| 321562 | Jaslow, Howard M. |
| 41963 | Jenkins, Jeffrey E. |
| 307735 | Johnson, Marc Christian |
| 48787 | Kasen, David A. |
| 323865 | Katz, Debra Susan |
| 307164 | Keane, Megan Patricia |
| 310867 | Kelin, Richard Scott |
| 89792 | Kim, Katelynn M. |
| 41306 | Kirchner, John Philip |
| 309289 | Klein, Benjamin Daniel |
| 316899 | Kolansky, Robert Joseph |
| 329694 | Kumer, Heather Mallorie |
| 328238 | Kusel, Elaine Simek |
| 68006 | Kwasnik, John Francis |
| 326552 | Lechner, Matthew Robert |
| 50018 | Lentini, Peter Anthony |
| 50701 | Levine, Ari D. |
| 327729 | Lucas, Jennifer Michele |
| 312514 | Luttrell, Stephen Edward |
| 327896 | Maddalone, Jonathan Stuart |
| 82430 | Madden, John-Paul |
| 70606 | Maher, Steven J. |
| 205250 | Malek, Conniel Amoy |
| 307718 | Manos, Valerie Ellen |
| 84399 | Marston Jr., David W. |
| 72071 | Martinez, Joseph D. |
| 88788 | Martinson, Richard D. |

DATE: 11/14/2023          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 36
TIME: 14:42:19                      NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr

                                      ACTIVE

                                                                           REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

---

Out Of State( Continued )

| | |
|---|---|
| 311012 | McDaniel, Mary-Elizabeth |
| 204937 | McDevitt-Frantz, Erin Marie |
| 314171 | McGovern, Brian Michael |
| 50723 | McNulty, Laura Jane |
| 89879 | Meltzer, Liza H. |
| 56528 | Miller, Fern Barbara |
| 28684 | Miller, Mary Jean Tutelian |
| 312387 | Miller, Matthew Dennis |
| 205210 | Mlynek, Peter Dennis |
| 325629 | Mohan, Ravi Viswanath |
| 204750 | Murphy, John Martin |
| 315684 | Murphy, Michael Constantine |
| 323979 | Nadipuram, Naveen |
| 318212 | Newton, Gellaine Tricia Renée |
| 86701 | Nocito, Jennifer T. |
| 52486 | Nord, Michael D. |
| 207149 | Patel, Karishma Mahendra |
| 60224 | Peterson III, Howard W. |
| 307435 | Petrozzino, John Philip |
| 308615 | Pettorini, Timothy Batiste |
| 201853 | Pickering III, Frederick Butterfield |
| 310963 | Pierce, Michael Elton |
| 306594 | Pinkston, Danielle M |
| 209846 | Pomeroy, Jeffrey Gay |
| 54427 | Pope, Suzanne P. |
| 53944 | Poston, Jeffrey L. |
| 325260 | Powell, Matthew Wallace |
| 67165 | Prophete, Donald |
| 205137 | Rawls, Danielle Ducre |
| 205642 | Raymond, Stephen Eric |
| 38600 | Rhodes, Peter M |
| 322138 | Richardson, Mark David |
| 311732 | Rok, Megan Elizabeth |
| 53751 | Romero, Ramona E. |
| 66260 | Rose, Jonathan Gary |
| 317365 | Rosen, Gary Scott |
| 309449 | Rosenthal, Daniel Jeffrey |
| 61722 | Ross II, Joseph Lanny |
| 322008 | Roustopoulos, Antonios |
| 210066 | Rubens, Josh Michael |
| 204243 | Ruilova, Ryan Taylor |
| 92094 | Russo, Jeffrey Michael |
| 315948 | Sales, Courtney Marie Rodriguez |
| 329015 | Sandhu, Jasmine |
| 41721 | Sandnes, James T. |
| 326871 | Sarin Jr., Edward Steven |
| 206211 | Schalman-Bergen, Sarah Rebecca |
| 310854 | Shah, Neesha |
| 314598 | Sheehan, Christian David |
| 35650 | Shelly Jr., Thomas J. |
| 82123 | Shook, Lorra Arsinoe |
| 92265 | Shrum, J. Jackson |
| 48664 | Siesko, David M. |

DATE: 11/14/2023      PENNSYLVANIA CONTINUING LEGAL EDUCATION      PAGE: 37
TIME: 14:42:19               NON-COMPLIANT LAWYERS               USER ID:
jilgenfr

                              ACTIVE

                                                             REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

| | | |
|---|---|---|
| Out Of State( Continued ) | 206948 | Silow, Drew Aaron |
| | 320856 | Smith, Adam Christopher |
| | 317885 | Smith, Judd B. |
| | 48894 | Smolka, Christopher J. |
| | 307497 | Stanziano, Brian Wynn |
| | 200874 | Stauffer, George Michael |
| | 85407 | Stuart, Kimberley |
| | 93750 | Sturgeon, Jeffrey Alan |
| | 86689 | Sunberg, Randall B. |
| | 90000 | Tacconi, Anthony |
| | 208320 | Tarchichi, Joni Houda |
| | 314610 | Thorn, Edwin |
| | 310524 | Thorne, Jenna Rose |
| | 45535 | Thum, William C. |
| | 200888 | Travers, John Edward |
| | 206744 | Treter, Christopher David |
| | 318262 | Tyris, Sophia G. |
| | 63547 | Valenti, Anthony |
| | 319312 | Vavala, Christina Belitz |
| | 205553 | Viano Jr., Michael |
| | 86230 | Volkman, Rachel |
| | 68539 | Wagner, David Mark |
| | 75836 | Walsh, Kristine M. |
| | 70048 | Walters, Neal D. |
| | 49599 | Weiss, Leesa Nan |
| | 316738 | Wells, Richard Tyler |
| | 326417 | Whitney-Smith, Alejandra Joy |
| | 206783 | Williams, Dawn Ciana |
| | 83167 | Wilson III, James Henry |
| | 93945 | Wnek, Jennifer Lee |
| | 328649 | Wolk, Adam Maxwell |
| | 202623 | Wright, Robert |
| | 323962 | Young, Brett Jackson |
| | 205475 | de Vries, Andrea Marie |

COUNT OF ATTORNEYS FOR ACTIVE  STATUS IS 554

DATE: 11/14/2023                 PENNSYLVANIA CONTINUING LEGAL EDUCATION                    PAGE: 38
TIME: 14:42:19                          NON-COMPLIANT LAWYERS                           USER ID:
jilgenfr
                                   LIMITED IN-HOUSE CORPORATE COUNSEL
                                                                                        REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED

Lehigh                                    317377   Hessmiller, Gannon Alexander

DATE: 11/14/2023          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 39
TIME: 14:42:19                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr

                         LIMITED IN-HOUSE CORPORATE COUNSEL

                                                                          REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 1 YEAR END DATE = 04302023, REINST FEE ASSESSED
_____

Delaware                        317381   Hamel, Kevin Raymond


          COUNT OF ATTORNEYS FOR LIMITED IN-HOUSE CORPORATE COUNSEL   STATUS IS 2


        TOTALS PER COUNTY:

                Philadelphia                    106
                Lancaster                         7
                Northampton                       2
                Allegheny                        54
                Erie                              1
                Bucks                            17
                Cumberland                        4
                Westmoreland                      5
                Luzerne                           2
                Dauphin                           6
                Chester                          28
                Clarion                           1
                York                              8
                Schuylkill                        1
                Berks                             3
                Blair                             4
                Lycoming                          2
                Crawford                          2
                Lehigh                            3
                Delaware                         28
                Mercer                            2
                Beaver                            1
                Warren                            1
                Montgomery                       57
                Lackawanna                        7
                Clearfield                        1
                Cambria                           1
                Centre                            2
                Butler                            2
                Lawrence                          3
                Out Of State                    193
                Lehigh                            1
                Delaware                          1


        TOTAL NUMBER OF LAWYERS REPORTED:       556